IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY BRANDON BARFIELD

_____/

INFORMATION
Case No. 5:25mj11-MJF

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At all times material to this Information:

1. The Marine Mammal Protection Act (MMPA) was enacted in 1972 in order to protect marine mammals from harmful human activities that could deplete their populations below the point in which they are a functioning element of their respective ecosystems. 16 U.S.C. § 1361.

2. Pursuant to the MMPA, it is unlawful for any person, vessel or other conveyance to take any species of marine mammal within the jurisdiction of the United States. 16 U.S.C. § 1372(a)(2)(A).

3. The term "take" is defined as "harass, hunt, capture, or kill, or attempt to harass, hunt, capture or kill any marine mammal." 16 U.S.C. § 1362(13).

4. The bottlenose dolphin (*Tursiops truncates*) is a highly intelligent, long-lived, social marine mammal that inhabits temperate, subtropical, and tropical

waters of the United States, including the Gulf of Mexico. Bottlenose dolphins are expressly protected by the MMPA. 16 U.S.C. § 1362(6).

5. The Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) regulates the use of pesticides within the United States in order to protect the health and safety of humans and the environment from harmful impacts of toxic chemicals.

6. It is unlawful for any person to use a pesticide in a manner inconsistent with its labeling. 7 U.S.C. § 136j.

7. Pursuant to FIFRA, pesticides are categorized based on the level of toxicity. Toxicity Category I is the highest level of toxicity, indicating that the chemical may be fatal to humans and animals if ingested.

8. Methomyl is a registered carbamate insecticide listed in Toxicity Category I which is approved for the non-residential control of certain fly species. Products containing methomyl carry a warning label stating that it is illegal to use with the intention to kill any other non-target species.

## COUNT ONE

Paragraphs one through five of this Information are incorporated herein by reference as if set forth in their entirety.

On or about Dec 7, 2022, in the Northern District of Florida, the defendant,

**ZACHARY BRANDON BARFIELD,**

did knowingly take a marine mammal without authorization, that is, did use a shotgun to shoot and kill a bottlenose dolphin (*Tursiops truncates*), in waters under the jurisdiction of the United States.

In violation of Title 16, United States Code, Sections 1372(a)(2)(A) and 1375(b).

### COUNT TWO

Paragraphs one through five of this Information are incorporated herein by reference as if set forth in their entirety.

On or about August 10, 2023, in the Northern District of Florida, the defendant,

### ZACHARY BRANDON BARFIELD,

did knowingly take a marine mammal without authorization, that is, did use a shotgun to shoot a bottlenose dolphin (*Tursiops truncates*), in waters under the jurisdiction of the United States.

In violation of Title 16, United States Code, Sections 1372(a)(2)(A) and 1375(b).

## COUNT THREE

Paragraphs six through eight of this Information are incorporated herein by reference as if set forth in their entirety.

In or about June 2022 through in or about August 2022, in the Northern District of Florida, the defendant,

**ZACHARY BRANDON BARFIELD,**

did knowingly use a registered pesticide in a manner inconsistent with its labeling, that is, did place methomyl insecticide in bait fish that were then provided to bottlenose dolphins (*Tursiops truncates*).

In violation of Title 7, United States Code, Sections 136j(a)(2)(G) and 136*l*(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Information are hereby realleged and incorporated by reference. Because the defendant,

**ZACHARY BRANDON BARFIELD,**

engaged in the unlawful taking of a marine mammal while aboard a vessel, any and all interest in the cargo of the vessel, namely a brown 12-gauge Remington Wingmaster model 870 shotgun bearing Serial Number T693172V, is vested in the

United States and hereby forfeited to the United States pursuant to Title 16, United States Code, Section 1376(a) and Title 28, United States Code, Section 2461(c).

_____           01/28/2025
JASON R. COODY                            DATE
United States Attorney


_____
JOSEPH A. RAVELO
Assistant United States Attorney



LISA RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division

_____
PATRICK M. DUGGAN
Senior Trial Attorney